# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

IN RE: ACCUTANE PRODUCTS
LIABILITY LITIGATION
_____/

**JOSIAH J. LEISNER,**

    Plaintiff,                             *Master Case No: 04-md-2523-T-30TBM*

v.                                        Case No. 8:05-cv-356-T-30TBM

**HOFFMAN-LA ROCHE, INC., et al.,**

    Defendants.
_____/

## ORDER OF DISMISSAL

    Before the Court is the Joint Stipulation of Voluntary Dismissal With Prejudice (Dkt. #8). In accordance with same, it is

    **ORDERED AND ADJUDGED** as follows:

    1.     This cause is dismissed with prejudice.

    2.     All pending motions are denied as moot.

    3.     The Clerk is directed to close this case.

    **DONE** and **ORDERED** in Tampa, Florida on June 29, 2007.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2005\05-cv-356.dismissal 8.wpd